IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRLSONGS, et al., ) | No. CV-F-07-1763 OWW/GSA |
| ) | |
| ) | MEMORANDUM DECISION AND |
| ) | ORDER ADOPTING FINDINGS AND |
| Plaintiffs, ) | RECOMMENDATION GRANTING |
| ) | PLAINTIFFS' MOTION FOR |
| vs. ) | DEFAULT JUDGMENT (Docs. 10 |
| ) | & 12) AND DIRECTING CLERK OF |
| ) | COURT TO ENTER JUDGMENT FOR |
| ARTURO J. HADDOCK, et al., ) | PLAINTIFFS |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiffs Girlsongs, Varry White Music, Ex VW, Inc., Loc'd Out Music, WB Music Corp., WEBO Girlpublishing, Inc., Bleu Disque Music Co., Inc. and Universal-Polygram International Publishing, Inc. moved for default judgment against Defendants Arturo J. Haddock and Diane L. Haddock.

On April 3, 2008, the United States Magistrate Judge recommended that Plaintiffs' motion for default judgment be granted and that:

1.  Plaintiffs be awarded statutory damages in the

1

1 amount of $12,000.00, which represents $4,000.00 for each of the
2 three copyright infringements pursuant to 17 U.S.C. § 504(a)(1)
3 and (c)(1);
4     2.  Plaintiffs be granted the following permanent
5 injunction pursuant to 17 U.S.C. § 502:

> Defendants, and all persons acting under the direction, control, permission or authority of Defendants, shall be and hereby are enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in their copyrighted compositions, including, without limitation, by publicly performing the compositions licensed by ASCAP and from causing or permitting said compositions to be publicly performed in Defendants' business premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place.

    3.  Plaintiffs be awarded costs in the amount of $481.22 pursuant to 17 U.S.C. § 505;

    4.  Plaintiffs be awarded attorneys' fees in the amount of $1,325.00 pursuant to 17 U.S.C. § 505.

No objections to the Findings and Recommendation have been filed.

The record in this action supports the Findings and Recommendation and the Court adopts the Findings and Recommendations.

ACCORDINGLY:

1. Plaintiffs' motion for default judgment against Defendants Arturo J. Haddock and Diane L. Haddock is GRANTED.

2. The Clerk of the Court is directed to enter JUDGMENT IN

**FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS as follows:**

    **A.   Plaintiffs are awarded statutory damages in the amount of $12,000.00 pursuant to 17 U.S.C. § 504(a)(1) and (c)(1);**

    **B.   A permanent injunction is issued in favor of Plaintiffs and against Defendants pursuant to 17 U.S.C. § 502:**

        **Defendants, and all persons acting under the direction, control, permission or authority of Defendants, shall be and hereby are enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in their copyrighted compositions, including, without limitation, by publicly performing the compositions licensed by ASCAP and from causing or permitting said compositions to be publicly performed in Defendants' business premises, or in any place owned, controlled or conducted by Defendants, and from aiding or abetting the public performance of such compositions in any such place.**

    **C.   Plaintiffs are awarded costs in the amount of $481.22 and attorney's fees in the amount of $1,325.00 pursuant to 17 U.S.C. § 505.**

IT IS SO ORDERED.

**Dated:   August 25, 2008**               /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE